*Catharine Campau*
*Guardian of Therese Campau an infant*
*vs*
*Charles Poupard   dit Lafleur*

filed in court 18 Sept^ber 1811.

TERRITORY OF MICHIGAN,⎱
DISTRICT OF DETROIT      ⎰   TO WIT:

*Catharine Campau, Guardian of Therese Campau, an infant under the*
   *age of 21 years, and Heir of the late Simonet Campau Jun^r deceased.*

          *vs*

*Charles Poupard, dit Lafleur*

Be it remembered, that heretofore, to wit, on the twelfth day of August, in the year of our Lord, one thousand eight hundred and eleven, on the application of Harris H. Hickman Esquire, in writing, attorney for the

Plaintiff, I did issue my summons directed to the Marshal of the District of Huron & Detroit, in the words, and of the tenor following, towit;

TERRITORY OF MICHIGAN⎱
DISTRICT OF DETROIT ⎰     TOWIT:

THE UNITED STATES *of America, to the Marshal of the District of Huron & Detroit.*

You are hereby commanded to summons Charles Poupard, dit Lafleur, to appear before me, one of the Justices of the peace within the District aforesaid, on Saturday the seventeenth day of the present month of August, at ten of the clock in the forenoon, then and there to answer to Catharine Campau, Guardian of Therese Campau, an infant under the age of twenty one years, and Heir of the late Simonet Campau Junior deceased, in an action of debt thirty six dollars and sixty two and a half cents damages sixty dollars.—Hereof fail not but of this writ with your doings make due return according to law. Given under my hand at the city of Detroit, the twelfth day of August, in the year of our Lord, One thousand eight hundred and eleven.                              James Abbott
                                                    Justice of the peace.

(Endorsement)

"This action is brought to recover the amount of a *Heritage* and interest on the same, due from said Poupard to the said Therese Campau, amounting to £14.13.0 N. Y. Cy. with interest from 9th May 1803, agreeably to Defendants agreement of 16th May 1803 with Dame Veronique Campau, and the Decree of the Supreme Court in Equity of the 5th December 1808."

Summons returned served and filed on the 12th August 1811 which return is as follows, towit,

"Served by reading" 12 Augt 1811."
                    John Whistler Jr   D. Marshal

           "Service      25"
           Milage       12½
                        ————
                        37½

Parties in court on the said seventeenth day of August 1811, and on motion of the Plaintiff Attorney this case is continued to the 24th instant at 10 A. M.

Plaintiff in court by her Attorney on the said twenty fourth day of August, and on motion case continued to the 31st instant at 10 A. M. George MacDougall Esquire comes into court on the thirty first August 1811 in his proper person, and files a Special Power of Attorney authorising him to

attend to this suit, and prays that judgement may be rendered in the premises. The said power of attorney is in French but the substance is as follows.

I authorise M<sup>r</sup> George M<sup>c</sup>Dougall to appear before M<sup>r</sup> James Abbott, Justice of the peace, in my place, in my suit against Charles Poupard, for the recovery of the Heritage due my Daughter Therese Campau, to receive the money, and to give acquittance. In testimony whereof I have signed at Detroit, the twenty ninth day of August, one thousand eight hundred and eleven.

her  
Catharine X Campau  
mark  

Signed in presence of  
Madame Veuve Clark  
    Witness.

Guardian of my Daughter  
Therese Campau.  

And now the Defendant altho solemnly called cometh not; It is thereupon considered by the court that the Plaintiff recover of the Defendant fifty four dollars and eighty four and a half cents debt and damages as follows—

Amount of debt . . . . . . . . . . . . . . . . . . . . . . . $ 36.62½  
Interest thereon from 9th May 1803 . . . . . . . . . . . . 18.22

$ 54.84½

And Judgment is rendered for the same together with costs of suit. The costs in this suit are as follows, towit,

Marshals fees . . . . . . . . . . . . . . . . . . . . . . . . . 37½  
Summons              25  
filing 4 papers       25  
Entries 13            81¼  
Judgment           25

156¼

1.93¾

George MacDougall Esquire, attorney aforesaid comes into court on the 9th day of September 1811, and files the Register of the District of Huron & Detroit's certificate, purporting that Therese Campau, an infant did on the 27th March 1811 chose Catharine Campau her Guardian: said certificate is in the form following, to wit:

"Registers Office  
  District of Detroit & Huron  
    March 27th 1811.

Therese Campau an infant over the age of fourteen years, appeared and made choice of her mother Catharine Campau, as her Guardian, who is appointed accordingly.        Teste  
A copy                           Harris H. Hickman Reg."

The said George MacDougall Esquire files his precept ordering execution to be issued, which precept is as follows, towit,

"*Catherine Campau, Guardian*
*of Therese Campau, her ward.*
          *vs*
*Charles Poupard.*

Judgment 31 August 1811   $54.84½   damages.
To James Abbott, Esquire,
    Justice of the peace D. D.

    Sir:

Please issue an Execution in the above matter Retbl: as the law directs.
Detroit 9ᵗʰ September 1811—                    George McDougall
                                               Attorney for the Plaintiff."

Execution issued same day agreeably to order, which execution is in the form following, towit,

TERRITORY OF MICHIGAN ⎫
DISTRICT OF DETROIT      ⎬   TOWIT:

THE UNITED STATES *of America, to the Marshal of the District of Detroit.*

Whereas Catharine Campau, Guardian of Therese Campau an infant under the age of 21 years and Heir of the late Simonet Campau Junʳ deceased hath obtained judgment against Charles Poupard for fifty four dollars and eighty four and a half cents debt and damages and one dollar and ninety three and three fourth cents costs, as appears of Record, whereof Execution remains to be done:—These are therefore to command you, to levy the said debt and costs, of the property of the said Charles and for want thereof to take the body of the said Charles and him detain in prison until the said debt and costs are paid, or be otherwise discharged; and of your proceedings make due return in sixty Days. Given under my hand at the City of Detroit, the ninth day of September A. D. 1811 (eleven)

                                               James Abbott
                                               Justice of the peace.

Whereupon the said Charles Poupard, now here, towit, on the sixteenth day of September, 1811, prays an appeal from the judgment aforesaid to the next Supreme Court to be holden for the Territory of Michigan, and the same is granted to the said Charles Poupard, Whereupon the said Charles Poupard enters into bond with one sufficient surety, by me approved of, for prosecuting said appeal, and which said bond is in form following: towit:

KNOW all men by these presents, that We Charles Poupard and Joseph Campau are held and firmly bound unto Catharine Campau, Guardian of

Therese Campau, an infant under the age of 21 years, in the full and just sum of one hundred Dollars, money of the United States, to which payment well and truly to be made, We bind ourselves jointly and severally, our joint and several Heirs, Executors and administrators firmly by these presents, sealed with our seals and dated at Detroit the sixteenth day of September, one Thousand eight hundred and eleven.

Whereas the above named Catharine Campau Guardian as aforesaid hath obtained Judgement before James Abbott Esquire a Justice of the peace of the Territory of Michigan, in and for the District of Detroit, for the sum of fifty four dollars and eighty four and a half cents debt and damages and one dollar and ninety three and three fourth cents costs, from which said Judgement the said Charles hath prayed an appeal to the next Supreme Court to be held for the Territory of Michigan.

Now the condition of the above obligation is such that if the above bound Charles shall not prosecute his appeal at the next Supreme Court with effect, according to the directions of the act entitled an "Act to abolish the courts of Districts and to define and regulate the power, duties and jurisdiction of Justices in matters civil and criminal," and also pay and satisfy the said Catharine Campau her executors administrators or assigns, in case the said judgement shall be affirmed, as well the debt, damage and costs, adjudged by the said James Abbott Esquire, as also all costs and damages that shall be awarded by the said Supreme Court, then the said bond to be and remain in full force and virtue, otherwise to be of none effect.

Signed sealed and                         Charles Poupard  (L. S.)
delivered in the                           Joseph Campau   (L. S.)
presence of
    Lambert Lafoy.

Whereupon pursuant to the Statute of this Territory in such case made and provided, I now here transmit to the Hon: Supreme Court aforesaid, a record of the proceedings before me had, of and upon the premises.

Given under my hand and seal at the city of Detroit, the Sixteenth day of September, in the year of our Lord, One thousand eight hundred and eleven

                               JAMES ABBOTT,
                               Justice of the peace

Costs of appeal are

| | |
|---|---|
| Writing bond 300 words | 18¾ |
| Filing ditto . . . . . . . . | 6¼ |
| Entry thereof . . . . . . . | 6¼ |
| Copy of Record 1600 words . | 100 |
| | 1.31¼ |

[In the handwriting of James Abbott]